JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ANTHONY MCLUCAS, | Case No.: 2:23-cv-09615-DSF-SK |
| Plaintiff, | |
| vs. | **ORDER** |
| EQUIFAX INFORMATION SERVICES LLC et. al. Defendants. | |

## ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 24, 2024

_____
Hon. Dale S. Fischer
UNITED STATES DISTRICT JUDGE